

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00143-CR
No. 02-21-00144-CR

———————————————————

RODRICK DESHION STEELE JR., Appellant

V.

THE STATE OF TEXAS

On Appeal from 396th District Court
Tarrant County, Texas
Trial Court Nos. 1523899D, 1523904D

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

**MEMORANDUM OPINION**

Appellant Rodrick Deshion Steele, Jr. appeals the trial court's judgments for two convictions of aggravated assault with a deadly weapon. *See* Tex. Penal Code Ann. § 22.02(a)(2). Steele was originally placed on deferred-adjudication community supervision for both offenses. The State filed petitions to adjudicate him guilty, and Steele pleaded "not true" to the allegations in the State's petitions. Following a hearing, the trial court adjudicated Steele guilty and assessed his punishment at 12 years in prison for each offense, to be served concurrently.

Upon reviewing the records and concluding that no arguable grounds for appeal exist, Steele's court-appointed appellate counsel has filed a motion to withdraw as counsel and a brief in support of that motion. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's brief and motion meet the requirements of *Anders*; counsel has presented a professional evaluation of the entire record in each case demonstrating why there are no arguable grounds for relief. *Id.*, 87 S. Ct. at 1400. We have independently examined the records, as is our duty upon the filing of an *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.); *see also Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988). Steele filed a pro se response, but his response did not show any arguable grounds for appeal. The State agreed with appointed appellate counsel's assessment that no meritorious grounds for appeal exist and declined to file a brief.

After carefully reviewing the records and counsel's brief, we agree with counsel that these appeals are wholly frivolous and without merit. Our independent review of the records reveals nothing further that might arguably support the appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). We grant counsel's motion to withdraw and affirm the trial court's judgments.

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 27, 2023